UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **MARTA ROMERO**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**THE SCHOOL BOARD OF LEE COUNTY, FLORIDA**, a political subdivision of the State of Florida,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:20-cv-273<br><br>Judge: Sheri Polster Chappell<br><br>Mag. Judge: Nicholas P. Mizell |

## PLAINTIFF'S NOTICE OF COMPLIANCE

**NOW COMES** the Plaintiff, **MARTA ROMERO**, by and through her undersigned attorney, and hereby gives notice of Plaintiff's compliance with the Clerk's Order (Doc. 3).

Respectfully submitted,

Dated: April 15, 2020

s/ Benjamin H. Yormak
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, Florida 34135
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

                                            s/ Benjamin H. Yormak
                                            Benjamin H. Yormak
                                            Florida Bar Number 71272
                                            Trial Counsel for Plaintiff
                                            Yormak Employment & Disability Law
                                            9990 Coconut Road
                                            Bonita Springs, Florida 34135
                                            Telephone: (239) 985-9691
                                            Fax: (239) 288-2534
                                            Email: byormak@yormaklaw.com